UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 2:22-CR-110 |
| | ) | |
| vs. | ) | |
| | ) | |
| ALEX ROBINSON, | ) | |
| | ) | |
| Defendant. | ) | |

**REPORT AND RECOMMENDATION**

Pursuant to 28 U.S.C. § 636(b), I conducted a plea hearing in this case on November 20, 2023. At the hearing, Defendant entered a plea of guilty to a lesser included offense of Count Three of the Indictment, with the lesser included offense being conspiracy to distribute 40 grams or more of a detectable amount of fentanyl, a Schedule II controlled substance in violation of 21 U.S.C. § 841(a)(1), (b)(1)(B). He entered his plea with a plea agreement. On the basis of the record made at the hearing, I find Defendant is fully capable and competent to enter an informed plea; the plea is made knowingly and with full understanding of each of the rights waived by Defendant; the plea is made voluntarily and free from any force, threats, or promises, apart from the promises contained in the plea agreement; Defendant understands the nature of the charge and penalties provided by law; and the plea has a sufficient basis in fact.

For these reasons, I **RECOMMEND** that Defendant's plea of guilty to the lesser included offense of Count Three of the Indictment set forth above be accepted and that the Court adjudicate Defendant guilty of that lesser included offense. I further **RECOMMEND** that the decision of whether to accept the plea agreement be deferred until sentencing. Finally, I **RECOMMEND** that

Defendant remain in custody pending sentencing in this matter. The parties have been advised that

acceptance of the plea, adjudication of guilt, and imposition of sentence are specifically reserved

for the district judge.

Respectfully submitted,

/s/Cynthia Richardson Wyrick
United States Magistrate Judge

## NOTICE TO PARTIES

You have the right to *de novo* review of the foregoing findings by the district judge. Any application for review must be in writing, must specify the portions of the findings or proceedings objected to, and must be filed and served no later than **Monday, December 4, 2023**. Failure to file objections within this timeframe constitutes a waiver of any further right to challenge the plea of guilty in this matter. *See* 28 U.S.C. § 636(b).